# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN HAM, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   14-1367 (RC) |
| | : | |
| v. | : | Re Document No.:   14 |
| | : | |
| ABDURRHAMAN HUSSEIN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

Upon consideration of the parties' Motion to Modify Scheduling (ECF No. 14), it is hereby **ORDERED** that the Scheduling Order dated September 3, 2014 (ECF No. 6) is modified, and that the following schedule shall govern proceedings in this case:

1. Defendants' expert reports shall be served by **February 16, 2015**; plaintiff's rebuttal expert reports shall be served by **March 2, 2015**;

2. Discovery of facts relevant to all claims, counterclaims, and defenses must conclude by **February 16, 2015**;

3. Discovery related to experts must conclude by **March 16, 2015**; and

4. The parties shall appear for a status conference before the Court on **March 30, 2015** at **10:00 a.m.** in Courtroom 14.

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court. The parties must obtain leave of the Court

before filing any motion relating to a discovery dispute.  Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

**SO ORDERED**.

Dated:  January 14, 2015                                                         RUDOLPH CONTRERAS
                                                                                 United States District Judge